UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

# 08 CV 2406 ECF

Rosa, et al. V. City of NY, et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 2406 (BSJ)(KNF)

------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
4/18/08

Barbara S. Jones
United States District Judge