THE LAW OFFICES OF
# BACHU & ASSOCIATES

**QUEENS OFFICE**
127-21 Liberty Avenue
Suite 201
Richmond Hill, NY 11419

Darmin T. Bachu

Anthony J. Colleluori
Rohan F. Harrison
*David R. Lewis*

RECEIVED
JUL 14 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Tel: (718) ...
Fax: (718) 843-2192
E-Mail: info@BachuLaw.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 07/14/08

July 14, 2008

Hon. Kevin N. Fox
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

Re: *Jason Rosa and Tomas Martinez. V. NYC et all*
08 CV 02406

Hon. Kevin N. Fox:

I am respectfully requesting permission to the Court, to allow me to appear today in the Initial conference in the above matter, over the phone. The attorney for the defendants Assistant Corporation Counsel Brian Francolla agrees to my request. The reason for this request is because I am preparing a pre-sentencing document in another Federal case of USA v. Steven Reginald. :07-cr-00349-DAB. These documents as well as the recommendation letters and reports, have to be filed today before 4:00PM in Judges Chambers. I am still waiting for the report and some of the family letters, which are going to be provided to me in Queens County.

I apologize to the Court and request to allow me to do my appearance in this matter over the Phone.

Sincerely,

Darmin T Bachu

7/14/08
Application granted.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

CC. Assistant Corporation Counsel Brian Francolla.